RALPH SORRENTINO, an Infant, by CAROLINE SORREN-
TINO, His Guardian ad Litem, Appellant, v. FRANK
SORRENTINO, Respondent.

*Negligence — parent and child — action for personal injuries resulting from negligence not maintainable against parent by unemancipated minor child.*

*Sorrentino* v. *Sorrentino,* 222 App. Div. 835, affirmed.

(Submitted June 7, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1928, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a boy eleven years of age, was injured, as alleged, through the negligence of defendant, his father, in driving an automobile in which they were

Prepared by State Reporter from Appeal Papers

riding in such a careless manner that the car was overturned. The complaint was dismissed on the ground that a minor child living with his father cannot maintain an action to recover from the father damages for an unintentional injury.

*Andrew Byrne* and *Julius J. Gans* for appellant.
*John T. Loughran* and *Robert H. Charlton* for respondent.

Judgment affirmed, with costs. Held, that an action for personal injuries resulting from negligence may not be maintained against a parent by an unemancipated minor child; no opinion.

Concur: POUND, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J., CRANE and ANDREWS, JJ.